IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 98-C-0583-S |
| | ) |
| DR. SHAKEAB ALSHABKHOUN and | ) |
| A&A FARMS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the parties' Joint Motion to Terminate Consent Decree. The parties inform the Court that Defendants have performed those obligations under the Consent Decree required to be completed and have fulfilled all conditions for terminating Defendants' prospective obligations under the Consent Decree, as modified. Accordingly,

**THE COURT FINDS THAT:**

Defendants have completed all past obligations under the Consent Decree.

**IT IS HEREBY ORDERED THAT:**

The Joint Motion to Terminate Consent Decree is hereby GRANTED. Defendants shall have no further obligations under the Consent Decree, as modified.

BY THE COURT:

Date: April 10, 2009

_____
BARBARA B. CRABB
United States District Judge